**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**DAYNA PERKINS,**                                         CASE NO.   3:12-cv-153

   Plaintiff,                                                      **Judge Timothy S. Black**

  -vs-

**COMMISSIONER OF**
**SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND NOT SUPPORTED BY SUSBATANTIAL EVIDENCE,** and is **REVERSED** and is **REMANDED** to the ALJ for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: August 26, 2013                                         **JOHN P. HEHMAN, CLERK**

                                                                                             By: _s/ M. Rogers_
                                                                                             Deputy Clerk